

# NUMBER 13-17-00702-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS

On Petition for Writ of Mandamus.

# ORDER

### Before Justice Rodriguez, Longoria, and Hinojosa
### Order Per Curiam

Relator State Farm Lloyds filed a petition for writ of mandamus in the above cause on December 20, 2017. Through this original proceeding, relator contends that the trial court abused its discretion by reinstating the underlying case after its plenary power expired. The Court requests that the real party in interest, Guadalupe Ozuna, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of December, 2017.